DAVIS & GILBERT LLP
Paul F. Corcoran
Dominick R. Cromartie
1740 Broadway
New York, New York 10019
(212) 468-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA PARDY,<br><br>       Plaintiff,<br><br> -against-<br><br>BILL GRAY, SHELLY LAZARUS, OGILVY & MATHER WORLDWIDE, INC., WPP GROUP, PLC, STUART FRIEDEL, DAVIS & GILBERT LLP, GLORIA HALL CYNTHIA RIVET, TORE KLAESSON, GORDON TAN, BARBARA PELHAM, ZACH NELSON, JOHN DOE/JANE DOE, IBM CORPORATION<br><br>       Defendants. | 07 Civ. 6324 (LAP)<br><br>**LOCAL CIVIL RULE 56.2 NOTICE TO *PRO SE* PLAINTIFF OPPOSING MOTION FOR SUMMARY JUDGMENT** |

   Pursuant to Local Civil Rule 56.2, Defendants Ogilvy & Mather Worldwide Inc., Davis & Gilbert LLP and Stuart Friedel ("defendants"), by its attorneys, Davis & Gilbert LLP, hereby provides plaintiff Cynthia Pardy with the following notice:

   Defendants in this case have moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. This means that defendants has asked the court to decide this case without a trial, based on written materials, including affidavits, submitted in support of the motion. **THE CLAIMS YOU ASSERT IN YOUR COMPLAINT MAY BE DISMISSED WITHOUT A TRIAL IF YOU DO NOT RESPOND TO THIS MOTION** by filing your own sworn affidavits or other papers as required by Rule 56(e). An affidavit is a sworn statement of

fact based on personal knowledge that would be admissible in evidence at trial. The full text of Rule 56 is attached.

In short, Rule 56 provides that you may NOT oppose summary judgment simply by relying upon the allegations in your complaint. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by defendants and raising issues of fact for trial. Any witness statements, which may include your own statements, must be in the form of affidavits. You may submit affidavits that were prepared specifically in response to defendants' motion for summary judgment.

Any issue of fact that you wish to raise in opposition to the motion for summary judgment must be supported by affidavits or by other documentary evidence contradicting the facts asserted by defendants. If you do not respond to the motion for summary judgment on time with affidavits or documentary evidence contradicting the facts asserted by the defendants, the court may accept defendants' factual assertions as true. Judgment may then be entered in defendants' favor without a trial.

If you have any questions, you may direct them to the Pro Se Office.

Dated:   New York, New York
         September 7, 2007

                                    Respectfully submitted,

                                    DAVIS & GILBERT LLP

                                    By: _____
                                        Paul F. Corcoran
                                        Dominick R. Cromartie
                                        1740 Broadway
                                        New York, New York 10019
                                        (212) 468-4800
                                        Attorneys for Defendants

To:  Cynthia Pardy
     *Pro Se* Plaintiff
     Suite 5B
     25 Burns Street
     Forest Hills, NY  11375