UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA PARDY,<br><br>            Plaintiff,<br><br>v.<br><br>BILL GRAY, SHELLY LAZARUS, OGILVY & MATHER WORLDWIDE, INC., WPP GROUP, PLC, STUART FRIEDEL, DAVIS & GILBERT LLP, GLORIA HALL, CYNTHIA RIVET, TORE KLAESSON, GORDON TAN, BARBARA PELHAM, ZACH NELSON, JOHN DOE/JANE DOE, IBM CORPORATION<br><br>            Defendants. | Civ. Case No. 07-CV-6324 (JBW)<br><br>**AFFIDAVIT OF SERVICE VIA FIRST CLASS MAIL** |

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK       )

Richard Gomez, being duly sworn, deposes and says:

1.   I am over the age of eighteen and am not a party to this action.

2.   On September 7, 2007, I served by **First Class Mail**, a true copy of **Local Civil Rule 56.2 Notice To Pro Se Plaintiff Opposing Motion For Summary Judgment** upon:

> Cynthia Pardy
> Suite 5B
> 25 Burns Street
> Forrest Hill, NY  11375

_____
Richard Gomez

Sworn to before me this 7th
day of September, 2007

_____
Notary Public

JEFFREY J. SHERMAN
Notary Public, State of New York
No. 01SH6079080
Qualified in New York County
Commission Expires August 12, 2010