UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYNTHIA PARDY,<br><br>      Plaintiff,<br><br>  v.<br><br>BILL GRAY, SHELLY LAZARUS, OGILVY & MATHER WORLDWIDE, INC., WPP GROUP, PLC, STUART FRIEDEL, DAVIS & GILBERT LLP, GLORIA HALL, CYNTHIA RIVET, TORE KLAESSON, GORDON TAN, BARBARA PELHAM, ZACH NELSON, JOHN DOE/JANE DOE, INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>      Defendants. | Civ. Case No. 07-CV-6324 (JBW)<br><br>**AFFIDAVIT OF SERVICE VIA FIRST CLASS MAIL AND FEDERAL EXPRESS NEXT DAY AIR.**<br><br>**ECF FILED** |

STATE OF NEW YORK  )
          : ss.:
COUNTY OF NEW YORK )

  Richard Gomez, being duly sworn, deposes and says:

1. I am over the age of eighteen and am not a party to this action.

2. On October 30, 2007, I served by **First Class Mail and Federal Express, Next day Air**, true copies of **Defendants' Supplemental Memorandum of Law in Response to Plaintiff's Supplemental Declaration to the Pending Motions** upon:

      Cynthia Pardy
      Suite 5B
      25 Burns Street
      Forrest Hill, NY 11375

                _____
                Richard Gomez

Sworn to before me this 6th
day of November 2007

_____
Notary Public
LYNN M. LITTLE
Notary Public, State of New York
No. 01L-16043500
Qualified in Kings County
Commission Expires June 19, 2010
Certification File in NY County