AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07cv6324(LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bill Gray, Shelly Lazarus, Ogilvy & Mather Worldwide, Inc., WPP Group, PLC, Stuart Friedel, Davis & Gilbert, LLP, Gloria Hall, Cynthia, Rivet, Tore Claesson, Gordon Tan, Barbara Pelham, Zach Nelson, IBM Corporation.

I certify that I am admitted to practice in this court.

| 5/21/2008 | _(signature)_ |
|---|---|
| Date | Signature |

| Dominick R. Cromartie | DC3095 |
|---|---|
| Print Name | Bar Number |

1740 Broadway
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (212) 468-4800 | (212) 468-4888 |
|---|---|
| Phone Number | Fax Number |