UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYNTHIA PARDY,

                Plaintiff,                07 CIVIL 6324 (LAP)

   -against-                      **JUDGMENT**

BILL GRAY, et al.,

                Defendants.
------------------------------------------------------------X         SCANNED

     Defendants having moved for summary judgment, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on July 15, 2008, having rendered its Memorandum and Order granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment, and denying plaintiff's other motions as moot, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 15, 2008, defendants' motion for summary judgment is granted; plaintiff's motion for summary judgment is denied; and plaintiff's other motions are denied as moot.

**Dated:** New York, New York
         July 16, 2008

                                            J. MICHAEL McMAHON
                                              Clerk of Court
                         BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____